IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–12–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CHARLES ALLEN WALLETTE, | |
| Defendant. | |

United States Magistrate Judge Timothy J. Cavan entered Findings and
Recommendation in this matter on July 28, 2022.  (Doc. 142.)  Neither party
objected and therefore they are not entitled to *de novo* review.  28 U.S.C. §
636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).
This Court will review the Findings and Recommendation for clear error.
*McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313
(9th Cir. 1981).  Clear error exists if the Court is left with a "definite and firm
conviction that a mistake has been committed."  *United States v. Syrax*, 235 F.3d
422, 427 (9th Cir. 2000).

Judge Cavan recommends that this Court accept Wallette's guilty plea after
he appeared before him pursuant to Rule 11 of the Federal Rules of Criminal
Procedure and entered a guilty plea to one count of possession with intent to

distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) (Count II).
Reviewing for clear error, the Court finds none.

Accordingly, IT IS ORDERED that Judge Cavan's Findings and
Recommendation (Doc. 142) is ADOPTED in full.

IT IS FURTHER ORDERED that Wallette's motion to change plea (Doc.
133) is GRANTED and Wallette is adjudged guilty as charged in Count II of the
Indictment.

DATED this 17th day of August, 2022.

Dana L. Christensen, District Judge
United States District Court