IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–12–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CHARLES ALLEN WALLETTE, | |
| Defendant. | |

The Court previously vacated Defendant Charles Allen Wallette's sentencing hearing scheduled for February 14, 2023, at 9:00 a.m. (Doc. 146.) The Court inadvertently failed to vacate the deadlines associated with the sentencing hearing. (*See* Doc. 143.)

Accordingly, IT IS ORDERED that all associated deadlines are VACATED, to be reset following the status of counsel hearing on February 14, 2023, at 9:00 a.m.

DATED this 30th day of January, 2023.

Dana L. Christensen, District Judge
United States District Court